# UNITED STATES DISTRICT COURT
# NOTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CYNTHIA SHARPE** ) | |
|    **Plaintiff,** ) | |
| ) | |
| **V.** ) | **Civil Action No: 2:13-cv-02357-RDP** |
| ) | |
| **HOMEWARD RESIDENTIAL,** ) | |
| **INC AND OCWEN LOAN** ) | |
| **SERVICING, LLC** ) | |
|    **Defendants.** ) | |

## JOINT NOTICE OF SETTLEMENT OF CLAIMS AGAINST DEFENDANTS

    Plaintiff and Defendants respectfully submit this Notice of Settlement, and inform the Court as follows:

    1.    Plaintiff and Defendants have reached an agreement to resolve the pending matter.

    2.    The Plaintiff is currently a debtor in a Chapter 13 bankruptcy (case# 13-04304-TBB).  The claims pending before this Honorable Court are an asset of the Plaintiff's bankruptcy estate.

    3.    On June 19, 2014, a Motion to Approve Compromise was filed by the Plainitiff seeking approval from the Bankruptcy Court of the parties settlement agreement.

4. On August 5, 2014, the Bankruptcy Court informed the parties from the bench that the Motion to Approve Compromise would be approved. However, the parties are currently awaiting a written order approving the settlement.

5. The parties are currently in the process of exchanging executed settlement agreements.

6. The parties respectfully request that the Court retain continuing jurisdication over this matter pending prompt filing of a Joint Stipulation of Dismissal herein.

Dated: 08/12/2014         By:   */s/ S. Scott Allums*
                                S. Scott Allums (ASB-5967-N62A)
                                S. Scott Allums, PC
                                506 18th Street North
                                Bessemer, Alabama 35020
                                Telephone: (205) 426-7080
                                Facsimile: (888) 341-6040
                                scott@allumslaw.com
                                **Attorney for Plaintiff**

                          By:   */s/ Graham Gerhardt*
                                Graham W. Gerhardt
                                J. Riley Key
                                BRADLEY ARANT BOULT CUMMINGS, LLP One Federal Place 1819 Fifth Avenue North Birmingham, Alabama 35203 Telephone: (205) 521-8000
                                Facsimile: (205) 521-8800
                                ggerhardt@babc.com
                                rkey@babc.com
                                **Attorneys for Defendants**