FILED
2014 Sep-10  PM 01:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **CYNTHIA SHARPE,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 2:13-CV-02357-RDP |
| **HOMEWARD RESIDENTIAL, INC., et al.,** | } |
| **Defendants.** | } |

## ORDER OF DISMISSAL

In accordance with the Stipulation of Dismissal (Doc. # 22), filed September 10, 2014, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**.

The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this September 10, 2014.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE